ACCEPTED
14-14-00600-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/3/2015 2:22:32 PM
CHRISTOPHER PRIN
CLERK



## ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

2/3/2015 2:22:32 PM

CHRISTOPHER A. PRINE
Clerk

February 3, 2015

*<u>Via E-Filing</u>*

Fourteenth Court of Appeals
Christopher A. Prine, Clerk
14th Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> Re:   Court of Appeals Number 14-14-00600-CV
>       Trial Court Cause No. 14-CV-0395
>       *In Re Larry Taylor, In His Official Capacity as State Senator for District 11 v. Honorable Bret Griffin*, Original Proceeding from the 212th Judicial District Court, Galveston County, Texas

TO THE HONORABLE JUSTICES OF SAID COURT:

This letter responds to the court's October 15, 2014 request that the Relator file monthly status letters.  In view of the attached Rule 11 agreement between the Relator and the Real Parties-in-Interest, the discovery issues and rulings giving rise to this mandamus proceeding are now moot.

Thank you for your attention.

> Sincerely,
>
> /s/ Jack Hohengarten
> JACK HOHENGARTEN
> Assistant Attorney General
> Financial Litigation, Tax, and Charitable Trusts Division
> Phone: (512) 475-3503
> Fax: (512) 477-2348

JMH/sm

cc:    J. Steve Mostyn, *Via email:jsmostyn@mostynlaw.com*
       Chuck Herring*, Via email:* cherring@herring-irwin.com
       Hon. Bret Griffin*, Via email: Rebecca.Collier@co.galveston.tx.us*
       Lee Parsley



January 26, 2015

*Via email: cherring@herring-irwin.com*
Charles Herring, Jr.
Herring & Irwin, L.L.P.
1411 West Avenue, Suite 100
Austin, Texas   78701

Re:  *In Re Larry Taylor, In His Official Capacity as State Senator for District 11*, No. 14-14-00600-CV, in the Fourteenth Court of Appeals, Houston, Texas;

*Larry Taylor, In His Official Capacity as State Senator for District 11 v. J. Steve Mostyn*, Cause No. 14-CV-0395, in the 212th Judicial District Court, Galveston County, Texas; and

*Brownsville ISD v. Texas Windstorm Insurance Association, et al.*, Cause No. 2012-DCL-8605-A, in the 107th District Court, Cameron County, Texas.

### TEXAS RULE OF CIVIL PROCEDURE 11 LETTER AGREEMENT

Dear Chuck:

This Rule 11 agreement confirms that Brownsville ISD and Steve Mostyn no longer wish to conduct discovery against Sen. Larry Taylor or his office in *Brownsville ISD v. Texas Windstorm Insurance Association, et al.*, Cause No. 2012-DCL-8605-A, in the 107th District Court, Cameron County, Texas. Therefore, the school district and Mr. Mostyn confirm and agree that they will not serve any discovery (of whatsoever kind) on Sen. Taylor or his office, including but not limited to deposition notices and subpoenas duces tecum, in the above-referenced *BISD* lawsuit pending in Cameron County.

This agreement shall not preclude Mr. Mostyn or his clients from seeking discovery from Sen. Taylor in any other case, including but not limited to cases that are currently pending in other courts and that involve hurricane damages and TWIA, and including any case that might be filed in the future

At the same time, this agreement shall not preclude Sen. Taylor or his office from objecting to such discovery, moving for protection or availing himself of any other relief from discovery under the procedural rules

Sincerely,

JACK HOHENGARTEN
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
Phone: (512) 475-3503
Fax: (512) 477-2348

**AGREED:**

Charles Herring, Jr.
Herring & Irwin, L.L.P.
*Attorney for Brownville ISD and*
*J. Steve Mostyn*

JMH/sm

cc:    J. Steve Mostyn, *via email: jsmostyn@mostynlaw.com*
       Lee Parsley